HERSHNER HUNTER LLP
Amanda M. Walkup, OSB 934508
180 E. 11th Avenue
Eugene, Oregon 97401
Telephone: 541.686.8511
Facsimile: 541.344.2025
awalkup@hershnerhunter.com

GIBSON, DUNN & CRUTCHER LLP
Randy M. Mastro, NYSB 1792548
Kristen L. Hendricks, NYSB 4544441
*Admitted Pro Hac Vice*
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile:  212.351.4035
rmastro@gibsondunn.com
khendricks@gibsondunn.com

*Attorneys for Petitioner Chevron Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>                    Petitioner,<br><br>To Issue Subpoenas For The Taking Of Depositions And The Production Of Documents. | Case No: 11-MC-7003-AA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CHEVRON CORPORATION'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FROM ENVIRONMENTAL LAW ALLIANCE WORLDWIDE FOR USE IN FOREIGN PROCEEDINGS** |

PLEASE TAKE NOTICE that Petitioner Chevron Corporation ("Chevron") hereby withdraws its Application for an Order Pursuant to 28 U.S.C. § 1782 To Conduct Discovery from Environmental Law Alliance Worldwide for Use in Foreign Proceedings, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: New York, New York
December 5, 2011

By: _____
Randy M. Mastro, NYSB 1792548

HERSHNER HUNTER LLP
Amanda M. Walkup, OSB 934508
180 E. 11th Avenue
Eugene, Oregon 97401
Telephone: 541.686.8511
Facsimile: 541.344.2025
awalkup@hershnerhunter.com

GIBSON, DUNN & CRUTCHER LLP
Randy M. Mastro, NYSB 1792548
Kristen L. Hendricks, NYSB 4544441
*Admitted Pro Hac Vice*
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
rmastro@gibsondunn.com
khendricks@gibsondunn.com

*Attorneys for Petitioner Chevron Corporation*

NOTICE OF VOLUNTARY DISMISSAL OF CHEVRON'S APPLICATION FOR AN ORDER
PURSUSANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS