UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>                              Plaintiff,<br><br>          v.<br><br>ENVIRONMENTAL ALLIANCE<br>WORLDWIDE,<br><br>                              Defendant. | 11-mc-07003-TC<br><br>JUDGMENT |

      Pursuant to the Court's Order on December 20, 2011 (Dkt. #34), this action is dismissed without prejudice.

      DATED this 20th day of December 2011.

                                                        Mary L. Moran, Clerk of Court

                                                        by: /s/ Paul Bruch
                                                              Paul Bruch, Deputy Clerk